Law Office of Jennifer E. Tucek, P.C.<br>
315 Madison Avenue, Suite 3054<br>
New York, New York 10017<br>
TucekLaw@Gmail.com<br>
(917) 669-6991

May 22, 2024

**The motion is GRANTED, and the conference scheduled for May 23, 2024 is adjourned.
Date: May 22, 2024**

SO ORDERED.

_/s/ Lewis J. Liman_
LEWIS J. LIMAN
United States District Judge

Via ECF
Honorable Lewis J. Liman
United States District Court Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

Re: *Samuel Lopez v. Dream Team Partners* LLC *et al. / 24*-cv-0453

Dear Judge Liman:

    I represent the Plaintiff, Samuel Lopez, in the above-referenced case. I am writing to inform the court that the Parties will be filing a stipulation of discontinuance in this matter and request that the conference currently scheduled for May 23, 2024 at 3:00 be adjourned. Plaintiff will be filing the stipulation by Friday May 23, 2024. The matter is being discontinued because the restaurant at issue in this case has closed for business permanently. Thank you.

Respectfully Submitted,

/s/Jennifer E. Tucek
_____
Jennifer E. Tucek
Attorney for Plaintiff