```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
SAMUEL LOPEZ,                                                        :
                                                                     :
                        Plaintiff,                                   :
                                                                     :          24-cv-453 (LJL)
        -v-                                                          :
                                                                     :              ORDER
DREAM TEAM PARTNERS, LLC et al.,                                     :
                                                                     :
                        Defendants.                                  :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/24

LEWIS J. LIMAN, United States District Judge:

This action was initiated on January 22, 2024. *See* Dkt. No. 1. The Court scheduled an initial pretrial conference for May 23, 2024. On May 22, 2024, Plaintiff moved to adjourn the conference on the ground that he planned to file a stipulation of discontinuance of the action by May 23, 2024. Dkt. No. 11. Plaintiff has not done so. Accordingly, the initial pretrial conference is rescheduled for Tuesday, June 11 at 9:30 AM. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: June 3, 2024
       New York, New York                           _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge